IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                              NO. 4:05CR00071-01 GH

ARLENE LADD

**ORDER**

Upon motion of the defendant and for good cause shown, the sentencing hearing is continued to October 27, 2005 at 1:00 p.m.

IT IS SO ORDERED this 7th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE